MELANIE A. HILL
Nevada State Bar No. 8796
LAW OFFICE OF MELANIE HILL
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Tel: (702) 362-8500
Fax: (702) 362-8505
*Attorney for Defendant Olive Toli*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

OLIVE TOLI,

    Defendant.

Case No: 2:12-cr-00440-APG-GWF-9
Case No: 2:12-cr-00451-APG-CWH

**STIPULATION TO MODIFY DEFENDANT OLIVE TOLI'S CONDITIONS OF RELEASE ON APPEARANCE BOND TEMPORARILY TO TRAVEL OUTSIDE OF CLARK COUNTY, NEVADA FROM AUGUST 28, 2017-SEPEMBER 3, 2017**

**(Expedited Review Requested)**

    IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Robert Knief, Assistant United States Attorneys, counsel for the United States of America, and Melanie A. Hill, counsel for defendant Olive Toli that the travel restriction condition of Olive Toli's release on appearance bond limiting his travel to Clark County [Dkt #69 in 2:12-cr-00440 and Dkt #16 in 2:12-cr-00451] be lifted temporarily to enable him to travel outside of Clark County, Nevada for work from August 28, 2017-September 3, 2017. Mr. Toli's boss needs him to travel from Las Vegas, Nevada to Idaho, Montana, and Wyoming for work purposes, however he needs court permission to travel outside of Clark County, Nevada. The work Mr. Toli did in Cedar City, Utah pursuant to the Court's

last order granting the temporary lifting of his travel restriction was completed early, and Mr. Toli has been asked to travel to Idaho, Montana, and Wyoming for completion of additional work.

DATED this 25th day of August, 2017.

| MELANIE HILL<br>Law Office of Melanie Hill<br><br>By: /s/ Melanie A. Hill<br>　　MELANIE A. HILL<br>　　*Attorney for Defendant Olive Toli* | DANIEL G. BOGDEN<br>United States of America<br><br>By: /s/ Robert Knief<br>　　ROBERT KNIEF<br>　　*Attorney for Plaintiff* |

## **ORDER**

IT IS HEREBY ORDERED that the travel restriction condition of Olive Toli's release on appearance bond limiting his travel to Clark County [Dkt #69 in 2:12-cr-00440 and Dkt #16 in 2:12-cr-00451] be lifted temporarily to enable him to travel from Las Vegas, Nevada to Idaho, Montana, and Wyoming for work purposes from August 28, 2017-September 3, 2017.

Dated: August 28, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE