MELANIE A. HILL
Nevada State Bar No. 8796
LAW OFFICE OF MELANIE HILL
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Tel: (702) 362-8500
Fax: (702) 362-8505
*Attorney for Defendant Olive Toli*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLIVE TOLI,<br><br>Defendant. | Case No: 2:12-cr-00440-APG-GWF-9<br>Case No: 2:12-cr-00451-APG-CWH<br><br>**STIPULATION TO MODIFY DEFENDANT OLIVE TOLI'S CONDITIONS OF RELEASE ON APPEARANCE BOND TEMPORARILY TO TRAVEL TO ALBUQUERQUE, NEW MEXICO FOR WORK FROM SEPTEMBER 14- 16, 2017**<br><br>**(Expedited Review Requested)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Robert Knief, Assistant United States Attorneys, counsel for the United States of America, and Melanie A. Hill, counsel for defendant Olive Toli that the travel restriction condition of Olive Toli's release on appearance bond limiting his travel to Clark County [Dkt #69 in 2:12-cr-00440 and Dkt #16 in 2:12-cr-00451] be lifted temporarily to enable him to travel for work to Albuquerque, New Mexico from September 14-16, 2017.

///

///

///

1

Mr. Toli left a message with Pretrial services notifying them that he is making this temporary travel request.

DATED this 13th day of September, 2017.

| MELANIE HILL<br>Law Office of Melanie Hill<br><br>By: /s/ Melanie A. Hill<br>   MELANIE A. HILL<br>   *Attorney for Defendant Olive Toli* | DANIEL G. BOGDEN<br>United States of America<br><br>By: /s/ Robert Knief<br>   ROBERT KNIEF<br>   *Attorney for Plaintiff* |

### **ORDER**

IT IS HEREBY ORDERED that the travel restriction condition of Olive Toli's release on appearance bond limiting his travel to Clark County [Dkt #69 #424 in 2:12-cr-00440 and Dkt #16 #90 in 2:12-cr-00451] be lifted temporarily to enable him to travel for work to Albuquerque, New Mexico from September 14-16, 2017.

Dated: September 14, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE