MELANIE A. HILL
Nevada State Bar No. 8796
LAW OFFICE OF MELANIE HILL
9345 W. Sunset Road, Suite 100
Las Vegas, NV 89148
Tel: (702) 362-8500
Fax: (702) 362-8505
*Attorney for Defendant Olive Toli*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OLIVE TOLI,<br><br>    Defendant. | Case No: 2:12-cr-00440-APG-GWF-9<br>Case No: 2:12-cr-00451-APG-CWH<br><br>**STIPULATION TO MODIFY DEFENDANT OLIVE TOLI'S CONDITIONS OF RELEASE ON APPEARANCE BOND TO REMOVE CONDITION LIMITING HIS TRAVEL TO CLARK COUNTY, NEVADA TO ALLOW HIM TO TRAVEL FOR WORK AND REQUEST FOR TRAVEL BETWEEN LAS VEGAS, NEVADA AND ARIZONA FROM SEPTEMBER 26, 2017-SEPEMBER 29, 2017**<br><br>**(Expedited Review Requested)** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bogden, United States Attorney, and Robert Knief, Assistant United States Attorneys, counsel for the United States of America, and Melanie A. Hill, counsel for defendant Olive Toli that the travel restriction condition of Olive Toli's release on appearance bond limiting his travel to Clark County [Dkt #69 in 2:12-cr-00440 and Dkt #16 in 2:12-cr-00451] be lifted to enable him to travel for work. Due to the nature of his job, Mr. Toli gets last minute jobs from his boss that

1

require him to travel out of state for work and Mr. Toli is requesting that this travel condition be lifted to allow him to travel outside of Clark County, Nevada.

Mr. Toli's boss also called him this afternoon to ask if he could travel to Arizona for work today, September 26, 2017 returning on Friday, September 29, 2017. To avoid further last minute stipulations, the parties have agreed to lift this condition of pretrial release.

Mr. Toli has discussed his most recent travel request with Pretrial Services and notified his pretrial services officer that he is making this travel request to travel to Arizona for work to the court.

DATED this 26th day of September, 2017.

| MELANIE HILL<br>Law Office of Melanie Hill<br><br>By: /s/ Melanie A. Hill<br>    MELANIE A. HILL<br>    *Attorney for Defendant Olive Toli* | DANIEL G. BOGDEN<br>United States of America<br><br>By: /s/ Robert Knief<br>    ROBERT KNIEF<br>    *Attorney for Plaintiff* |
|---|---|

## **ORDER**

IT IS HEREBY ORDERED that the travel restriction condition of Olive Toli's release on appearance bond limiting his travel to Clark County [Dkt #69 in 2:12-cr-00440 and Dkt #16 in 2:12-cr-00451] is lifted to enable him to travel to Arizona for work today, September 26, 2017 returning on Friday, September 29, 2017. The restriction is further lifted to allow Mr. Toli to travel without Court permission between now and his sentencing.

Dated: September 26, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE